United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

IN THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIWAN HENDERSON | § | |
| On behalf of himself individually, | § | NO: 4:17-cv-00622 |
| and ALL OTHERS SIMILARLY | § | |
| SITUATED | § | |
|     Plaintiffs, | § | |
|           v. | § | JURY DEMANDED |
| | § | |
| ONE SOURCE STAFFING and LABOR | § | |
| D/B/A CATSTAFF | § | |
|     Defendants. | § | |

## ORDER OF DISMISMISSAL WITHOUT PREJUDICE

Came on to be considered the Notice of Dismissal filed in this cause by Kiwan Henderson.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought by Plaintiff Kiwan Henderson against One Source Staffing and Labor D/B/A Catstaff in this action are dismissed *without prejudice*. All attorney's fees, costs and expenses are taxed against the party that incurred same.

All other relief not expressly granted in this order is denied.

SIGNED this 31st day of October, 2017.

                                              THE HONORABLE KEITH P. ELLISON
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF TEXAS